IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **Frank C. Puglia,** | § | |
|     *Plaintiff*, | § | |
| | § | |
| **v.** | § | |
| | § | CIVIL ACTION NO. _____ |
| **Genband Holdings Company,** | § | |
| **Genband Management Services Corp.,** | § | |
| **Genband US, LLC** | § | |
| **(f/k/a Genband Inc.).** | § | |
|     *Defendants*. | § | |

## PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS

Pursuant to Local Rule 3.1(c), Plaintiff Frank C. Puglia, files the following Certificate of Interested Persons and states that to his knowledge, only the following persons and/or entities have a financial interest in the outcome of this case:

Plaintiff:          Frank C. Puglia

Attorneys
for Plaintiff:      Gillespie, Rozen & Watsky, P.C.
                    3402 Oak Grove Avenue, Suite 200
                    Dallas, Texas 75204

Defendants:     Genband Holdings Company, Genband Management Services Corp.,
                    Genband US, LLC (f/k/a Genband Inc.).

          Respectfully submitted,

          GILLESPIE, ROZEN & WATSKY, P.C.
          3402 Oak Grove Avenue, Suite 200
          Dallas, Texas 75204
          Phone: (214) 720-2009
          Fax: (214) 720-2291

Dated: June 28, 2011        By:   /s/ Hal K. Gillespie
                                         Hal K. Gillespie
                                         ATTORNEY-IN-CHARGE
                                         State Bar No. 07925500
                                         Adam S. Greenfield
                                         State Bar No. 24075494