IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **FRANK C. PUGLIA,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Case No. 3:11-cv-01418-N |
| § | |
| **GENBAND HOLDINGS COMPANY,** § | |
| **GENBAND MANAGEMENT SERVICES** § | |
| **CORP., GENBAND US, LLC (f/k/a** § | |
| **GENBAND INC.),** § | |
| § | |
| Defendants. § | |
| § | |

## NOTICE OF APPEARANCE

Jonathan Rubenstein of the law firm of Baker Botts L.L.P. hereby enters his appearance as counsel in the above-referenced action on behalf of Defendants Genband Holdings Company, Genband Management Services Corporation, and Genband US, LLC and requests that he receive electronic notice of all filings in the above-referenced action through the Court's electronic case filing system.

Dated:  September 2, 2011

Respectfully submitted,

BAKER BOTTS L.L.P.

By: /s Jonathan Rubenstein
    Jennifer Trulock
    State Bar No. 90001515
    Jonathan Rubenstein
    State Bar No. 24037403
    Tyler M. Simpson
    State Bar No. 24066091
    BAKER BOTTS L.L.P.
    2001 Ross Avenue
    Dallas, Texas 75201-2981
    Telephone: (214) 953-6500
    Facsimile: (214) 953-6503

ATTORNEYS FOR DEFENDANTS
GENBAND HOLDINGS COMPANY,
GENBAND MANAGEMENT SERVICES
CORP., AND GENBAND US, LLC

## CERTIFICATE OF SERVICE

      I hereby certify that on September 2, 2011, I electronically filed the preceding document on behalf of Genband Holding Company, Genband Management Services Corp. and Genband US, LLC with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Hal K. Gillespie
State Bar. No. 07925500
Adam S. Greenfield
State Bar No. 24075494
GILLESPIE, ROZEN & WATSKY, P.C.
3402 Oak Grove Avenue, Suite 200
Dallas, Texas 75204
Phone (214) 720-2009
Fax: (214) 720-2291

**COUNSEL FOR PLAINTIFF**

      /s Jonathan Rubenstein