# EXHIBIT A

Case 3:11-cv-01418-N   Document 11-1   Filed 02/17/12   Page 1 of 3   PageID 56

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| FRANK C. PUGLIA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 3:11-cv-01418-N |
| | § | |
| GENBAND HOLDINGS COMPANY, GENBAND MANAGEMENT SERVICES CORP., GENBAND US, LLC (f/k/a GENBAND INC.), | § § § § § | |
| Defendants. | § | |

## DEFENDANT GENBAND'S
## NOTICE OF SERVICE OF SUBPOENAS

PLEASE TAKE NOTICE that Defendants GENBAND Holdings Company, GENBAND Management Services Corp. and GENBAND US, LLC have served a subpoena *duces tecum* upon the following:

1. Hewlett-Packard Company

2. Tellabs North America, Inc.

3. Ericsson, Inc.

A copy of each subpoena is attached hereto and requires the witness to produce copies of the documents specified in Exhibit "A" of the subpoena by February 20, 2012.

DAL01:1191774.1

Dated: February 6, 2012

Respectfully submitted,

BAKER BOTTS L.L.P.

By: _____
Jennifer Trulock
State Bar No. 90001515
Jonathan Rubenstein
State Bar No. 24037403
Tyler M. Simpson
State Bar No. 24066091
BAKER BOTTS L.L.P.
2001 Ross Avenue
Dallas, Texas 75201-2981
Telephone: (214) 953-6500
Facsimile: (214) 953-6503

**ATTORNEYS FOR DEFENDANTS GENBAND HOLDINGS COMPANY, GENBAND MANAGEMENT SERVICES CORP., AND GENBAND US, LLC**

**CERTIFICATE OF SERVICE**

I certify that on this 6th day of February 2012, I served a true and correct copy of the foregoing document via certified mail return receipt requested on counsel for Plaintiff as follows:

Hal K. Gillespie
Adam S. Greenfield
agreenfield@grwlawfirm.com
GILLESPIE, ROZEN & WATSKY, P.C.
3402 Oak Grove Avenue, Suite 200
Dallas, Texas 75204

_____
Tyler M. Simpson

DAL01:1191774.1