# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| FRANK C. PUGLIA,<br>　　　*Plaintiff*, | § § § | |
| v. | § § | |
| GENBAND HOLDINGS COMPANY,<br>*et al.*,<br>　　　*Defendants*. | § § § § § | CIVIL ACTION NO. 3:11-CV-1418-N |

## ORDER GRANTING PLAINTIFF'S MOTION TO QUASH SUBPOENAS DUCES TECUM

On this date CAME ON TO BE CONSIDERED Plaintiff's Motion to Quash Subpoenas Duces Tecum, and it appearing to the Court that such Motion is meritorious and well-taken, it is therefore

ORDERED that the Defendants' three Subpoenas Duces Tecum to obtain Plaintiff's employment personnel file (not including protected health information), separation documents, formal or informal complaints made against Plaintiff, and formal or informal complaints made by the Plaintiff against his former employer from Hewlett-Packard Company, Tellabs North America, Inc., and Ericsson, Inc. are hereby quashed, and that Defendant is hereby prohibited from attempting to obtain any records from Plaintiff's current and past employers.

　　　SIGNED THIS _____ DAY OF FEBRUARY, 2012

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　HONORABLE DAVID C. GODBEY