**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| **FRANK C. PUGLIA,** § | |
| *Plaintiff*, § | |
| § | |
| **v.** § | |
| § | **CIVIL ACTION NO. 3:11-CV-1418-N** |
| **GENBAND HOLDINGS COMPANY,** § | |
| *et al.*, § | |
| *Defendants*. § | |
| § | |

## ORDER GRANTING PLAINIFF'S MOTION FOR LEAVE TO AMEND HIS ORIGINAL COMPLAINT

On this date, came on for consideration Plaintiff's Opposed Motion for Leave to Amend His Original Complaint, filed by Frank C. Puglia. The Court, after considering the Motion, is of the opinion the Motion is well taken and should be **GRANTED** in its entirety. It is therefore

**ORDERED** that Plaintiff is granted leave to file his First Amended Complaint as attached as Exhibit A to his Motion for Leave to Amend.

**SIGNED** this _____ day of _____, 2012.

_____
UNITED STATES DISTRICT JUDGE

**ORDER** **Solo Page**